# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2005

128571

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 128571
COA: 261174
Ingham CC: 03-000919-FH

ALBERT WILLIAM JUDERJOHN,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the April 14, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., dissents and states as follows:

I would grant leave to appeal to determine how best to score offense variable 10, exploitation of a vulnerable victim, when there is no victim. Here, a police officer was posing as a child victim.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2005

_____
Clerk